# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
Charlotte
Jul 07 2025
U.S. District Court
Western District of N.C.

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE DE LA CRUZ-LOPEZ<br>*Defendant* | )<br>)  Case No. 3:25-mj-172-SCR<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSE DE LA CRUZ-LOPEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
VIOLATIONS OF 42 U.S.C. § 408(a)(7)(B), MISUSE OF SOCIAL SECURITY NUMBER, AND 18 U.S.C. § 1546(b), USE OF FALSE STATEMENT OR DOCUMENTS IN IMMIGRATION MATTER

Date: 07/01/2025  1:16 pm EST

*Issuing officer's signature*

City and state: Charlotte, North Carolina

The Hon. Susan C. Rodriguez, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1 Jul 25, and the person was arrested on *(date)* 2 Jul 25
at *(city and state)* Charlotte, NC.

Date: 2 Jul 25

*Arresting officer's signature*

Luis Salinas, Special Agent HSI
*Printed name and title*